IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TECHNO-AIDE, INC.,  )<br>  )<br>  Plaintiff,  )<br>  )  NO. 3:23-cv-00046<br>v.  )  JUDGE RICHARDSON<br>  )<br>YRC FREIGHT,  )<br>  )<br>  Defendant.  )<br>  ) | |

## ORDER

Pending before the Court is the parties' "Stipulation of Dismissal with Prejudice" (Doc. No. 7) filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which permits a court to dismiss an action when the stipulation has been signed by all parties who have appeared before the court. The Stipulation sufficed to dismiss this action without any action on the part of the Court. Because the stipulation states that the dismissal is with prejudice, the dismissal is in fact with prejudice. The Stipulation further states that each party shall bear its own costs and attorneys' fees.

Accordingly, the Court acknowledges that this action has been **DISMISSED with prejudice**, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE